*E-Filed 9/5/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE WILLIE WEAVER,

    Plaintiff.

No. C 14-0923 RS (PR)
No. C 14-1075 RS (PR)
No. C 14-1288 RS (PR)
No. C 14-1496 RS (PR)
No. C 14-2449 RS (PR)
No. C 14-2599 RS (PR)
No. C 14-2600 RS (PR)
No. C 14-2685 RS (PR)
No. C 14-2719 RS (PR)

**ORDER EXTENDING TIME**

Plaintiff's motions to extend time to file a response to the order to show cause why pauper status is not barred in the actions listed above are GRANTED. Plaintiff's response shall be filed on or before October 25, 2014. **No further extensions will be granted.** The Clerk shall terminate all pending motions for extensions of time, if any, in the actions listed above.

**IT IS SO ORDERED**.

DATED: September 5, 2014

_____
RICHARD SEEBORG
United States District Judge